IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL J. BELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONNECTICUT GENERAL LIFE )<br>INSURANCE COMPANY, )<br>)<br>Defendant. ) | Civil Action No. 04-314E<br><br>Judge Sean J. McLaughlin |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Michael J. Bell and defendant Connecticut General Life Insurance Company, by their respective attorneys, stipulate and agree that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the complaint and this action are dismissed with prejudice as to all defendants, each party to bear his or its own attorneys' fees and costs.

Respectfully submitted,

_____              _____
Jason M. Lichtenstein (Pa. ID No. 73288)    William M. Hassan (Pa. ID No. 63436)
EDGAR SNYDER & ASSOCIATES, LLC              KLETT ROONEY LIEBER & SCHORLING
US Steel Tower, 10th Floor                  A Professional Corporation
600 Grant Street                            40th Floor, One Oxford Centre
Pittsburgh, PA 15219-2705                   Pittsburgh, PA 15219-6498
(412) 394-4511                              (412) 392-2000

Attorneys for Plaintiff                     Attorneys for Defendant


AND NOW, this _____ day of _____ 2005, IT IS SO ORDERED.


_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Stipulation of Dismissal with Prejudice was served upon the following by first class mail, postage prepaid, this 21st day of July 2005 addressed as follows:

> Jason M. Lichtenstein
> Edgar Snyder & Associates, LLC
> US Steel Tower, 10th Floor
> 600 Grant Street
> Pittsburgh, PA  15219-2705

*[signature]*
William M. Hassan