IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL J. BELL, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 04-314 Erie |
| v. | ) |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, | ) |
| Defendant. | ) |

**O R D E R**

AND NOW, this 26th day of July, 2005, the parties in the above-captioned civil action having filed a joint stipulation of dismissal of the case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii),

IT IS HEREBY ORDERED that the stipulation is approved and the complaint and this action are DISMISSED WITH PREJUDICE as to all Defendants, each party to bear his or its own attorneys' fees and costs.

s/ Sean J. McLaughlin
United States District Judge

cm: All counsel of record.